United States District Court
Southern District of Texas
**ENTERED**
March 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTROCK COMPANY, *et al* § | |
| § | |
| VS § | CIVIL ACTION NO. H: 22-2646 |
| § | |
| PERLA ALANANDRA YU HERNANDEZ, § | |
| *et al* | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant Player's Motion for a More Definite Statement under Rule 12(e) (Doc. No. 24) and Motion to Dismiss under Rules 12(b)(1) and 12(b)(3) (Doc. No. 44), Group O's Motion to Dismiss under *Forum Non Conveniencs* and under Rules 12(b)(2) and 12(b)(6) (Doc. No. 46), Dylan Group's Motion for a More Definite Statement under Rule 12(e) and Motion to Dismiss under *Forum Non Conveniencs* and under Rules 12(b)(2) and 12(b)(3) (Doc. No. 49); responses and replies of the parties; and Memorandum and Recommendation (Doc. No. 103). The parties have filed objections (Doc. Nos. 113, 114) to which responses were filed (Doc. Nos. 115, 116).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that Defendant Group's objections (Doc. No. 113), Efendnat Player and Dylan Group's objections (Doc. No. 114) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 103) is **ADOPTED**. It is further

**ORDERED** that:

Defendant Player's Motion for a More Definite Statement under Rule 12(e) (Doc. No. 24) is **DENIED as MOOT**;

Defendant Player's Motion for a More Definite Statement under Rule 12(e) and Motion to Dismiss under Rules 12(b)(1) and 12(b)(3) (Doc. No. 44) are **DENIED**;

Defendant Group O's Motion to Dismiss under *Forum Non Conveniencs* and under Rules 12(b)(2) and 12(b)(6) (Doc. No. 46) is **DENIED**; and

Defenday Dylan Group's Motion for a More Definite Statement under Rule 12(e) and Motion to Dismiss under *Forum Non Conveniencs* and under Rules 12(b)(2) and 12(b)(3) (Doc. No. 49) is **DENIED**.

SIGNED this ___7th___ day of March 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE