Case 4:22-cv-02646   Document 145   Filed on 06/30/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESTROCK COMPANY, VICTORY PACKAGING, LP, and COMERCIALIZADORA VICTORY S. DE R.L. DE C.V.<br>*Plaintiffs,*<br><br>v.<br><br>JASON DOUGLAS PLAYER, PERLA ALEXANDRA YU HERNANDEZ, GROUP-O ANALÍTICA NORTH AMERICA, S. DE R.L. DE C.V., GROUP O, INC., and DYLAN GROUP, LLC<br>*Defendants.* | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:22-CV-02646 |

### Joint and Agreed Order of Dismissal with Prejudice

On this day the Court considered Plaintiffs WestRock Company, Victory Packaging, LP, and Comercializadora Victory S. de R.L. de C.V. and Jason Douglas Player, Dylan Group, LLC, Group O, Inc., and Group-O Analítica North America, S. de R.L. de C.V.'s Joint and Agreed Motion to Dismiss with Prejudice. After considering said motion, the Court is of the opinion that the motion should be **GRANTED**. It is therefore,

**ORDERED** that all of Plaintiffs' claims against all Defendants and all counterclaims asserted by Group O against Plaintiffs are dismissed with prejudice to refiling the same.

All costs shall be borne by the party which incurred them.

This Joint and Agreed Order of Dismissal with Prejudice disposes of all parties and all claims, and is a judgment on the merits.

All relief not expressly granted herein is denied.

Signed on _____June 30_____, 2025, at Houston, Texas

_____
Hon. Andrew S. Hanen
United States District Judge

1

**AGREED AND ENTRY REQUESTED:**

/s/ Hector R. Chavez
Hector R. Chavez
Federal I.D. No. 1364992
Texas Bar No. 24078335
Craig Smyser
Federal I.D. 848
Texas Bar No. 18777575
Kristin Adler
Federal I.D. 21273
Texas Bar No. 00793233
Alexander M. Wolf
Federal I.D. 2470631
State Bar No. 24095027
**STEPTOE LLP**
717 Texas Avenue, Suite 2800
Houston, Texas 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320
hchavez@steptoe.com
csmyser@steptoe.com
kadler@steptoe.com
awolf@steptoe.com


Patricia M. Prezioso *(admitted pro hac vice)*
New Jersey Bar No. 029552002
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NY 07102
Telephone: (973) 643-5041
Facsimile: (973) 643-6500
pprezioso@sillscummis.com

**ATTORNEYS FOR PLAINTIFFS
WESTROCK COMPANY, VICTORY
PACKAGING, LP, and
COMERCIALIZADORA VICTORY S.
DE R.L. DE C.V.**

/s/ Diana Gomez (by permission)
Diana Pérez Gomez
State Bar No. 24041674
Federal I.D. No. 606231
Leslie T. Tan
State Bar No. 24046998
Federal I.D. No. 635202
**JACKSON WALKER LLP**
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
dpgomez@jw.com
ltan@jw.com
**ATTORNEYS FOR DEFENDANTS
DYLAN GROUP, LLC and
JASON DOUGLAS PLAYER**


/s/ Angeles Cassin (by permission)
Angeles Garcia Cassin
State Bar No. 24087561
Federal I.D. No. 2331242
Kristin H. Agnew
State Bar No. 24083144
Federal I.D. No. 3169198
**SHEPPARD MULLIN RICHTER
& HAMPTON LLP**
700 Louisiana Street, Suite 2750
Houston, Texas 77002
Telephone: (713) 431-7100
Facsimile: (713) 431-7101
acassin@sheppardmullin.com
kagnew@sheppardmullin.com

**ATTORNEYS FOR GROUP O, INC. and
GROUP-O ANALÍTICA NORTH
AMERICA, S. DE R.L. DE C.V.**

2